STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 3 0 1998

at 2 o'clock and 06 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>            Plaintiff,  )<br><br>      vs.   )<br><br>ALFONSO PALOMARES DOMINGO,  )<br>a/k/a Armando Cabalo Toledo,  )<br><br>            Defendant.  )<br>_____ ) | CR. NO. 98 00623 SOM _____<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 1015; 1425(b);]<br>  1546(a) |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about August 24, 1990, within the District of

Hawaii, the defendant, ALFONSO PALOMARES DOMINGO, did knowingly

use an immigrant visa which the defendant knew to be procured by means of a false claim or statement in that the defendant presented the visa to an Immigration inspector at Honolulu International Airport.  In the application for the visa, the defendant had falsely stated that his name was Armando Cabalo Toledo, falsely stated that there were no other names which he had used or was known by, and falsely stated that he had been married only one time.  All in violation of Title 18, United States Code, Section 1546(a).

COUNT 2

The Grand Jury further charges:

On or about June 19, 1997, in the District of Hawaii, the defendant, ALFONSO PALOMARES DOMINGO, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that the defendant stated on his INS Form N-400, Application to File Petition for Naturalization, that his name was Armando Cabalo Toledo, that his date of birth was January 14, 1950, and that he had been married one time to Paz R. Bordon.  In fact, as the defendant knew, his name was ALFONSO PALOMARES DOMINGO, his date of birth was September 15, 1951, and he had a prior marriage to Adriane Rezonable.  All in violation of Title 18, United States Code, Section 1015.

2

COUNT 3

The Grand Jury further charges:

On or about June 20, 1997, in the District of Hawaii, the defendant, ALFONSO PALOMARES DOMINGO, knowingly applied for naturalization to which he was not entitled, in violation of Title 18, United States Code, Section 1425(b).

COUNT 4

The Grand Jury further charges:

On or about May 11, 1998, in the District of Hawaii, the defendant, ALFONSO PALOMARES DOMINGO, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that he stated to an INS examiner that his name was Armando Cabalo Toledo and that his date of birth was January 14, 1950.  In fact, as the defendant knew, his name was ALFONSO PALOMARES DOMINGO and his date of birth was September 15, 1951.  All in violation of Title 18, United States Code, Section 1015.

COUNT 5

The Grand Jury further charges:

On or about August 27, 1998, in the District of Hawaii, the defendant, ALFONSO PALOMARES DOMINGO, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that he stated to an INS examiner that his

3

name was Armando Cabalo Toledo, that his date of birth was January 14, 1950, that his date of birth was not September 19, 1951, that he had only been married one time, and that he was not Alfonso Palomares Domingo.  In fact, as the defendant knew, his name was ALFONSO PALOMARES DOMINGO, his date of birth was September 19, 1951, and he had been married twice.  All in violation of Title 18, United States Code, Section 1015.

DATED: _____9-30_____, 1998, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY


STEVEN S. ALM
United States Attorney
District of Hawaii


ELLIOT ENOKI
First Assistant U.S. Attorney


OMER G. POIRIER
Assistant U.S. Attorney

4